```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    24cr 461 (DLC)
                                     :
            -v-                      :       ORDER
                                     :
JERMAINE GREENE,                     :
                                     :
                        Defendant.   :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant is scheduled to waive indictment and enter a change of plea on **July 31, 2024 at 12:00 PM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:  New York, New York
        July 23, 2024

_____
DENISE COTE
United States District Judge